# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, <br><br> Plaintiff(s), <br><br> RECKITT BENCKISER, LLC, <br><br> Defendant(s). | Case No. 2:17-cv-00513-JCM-NJK <br><br> ORDER |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss, filed on an emergency basis. Docket No. 20. The Court hereby **ORDERS** Plaintiff to respond no later than April 25, 2017. Any reply shall be filed no later than April 27, 2017.

IT IS SO ORDERED.

DATED: April 20, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge