JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
PAUL GARRITY (*admitted pro hac vice*)
THOMAS M. MONAHAN (*admitted pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212.653.8700
pgarrity@sheppardmullin.com
tmonahan@sheppardmullin.com

*Attorneys for Defendant Reckitt Benckiser, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABSORPTION PHARMACEUTICALS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER, LLC, a Delaware limited liability company, and DOES 1-50,<br><br>Defendants. | Case No. 2:17-cv-00513-JCM-NJK<br><br>**ORDER TRANSFERRING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

This matter is before the Court on defendant Reckitt Benckiser, LLC's motion to dismiss or, in the alternative, transfer venue. (ECF No. 6.) Plaintiff Absorption Pharmaceuticals, LLC filed a response (ECF No. 16), to which defendant replied (ECF No. 17). Pursuant to this Court's

1  December 1, 2017 Order (ECF No. 33), this Court determined that it is appropriate to transfer
2  venue of the instant case to the United States District Court for the District of New Jersey.
3      Accordingly,
4      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Clerk of the Court is
5  directed to immediately effect transfer of this case to the United States District Court for the
6  District of New Jersey.
7      DATED December 8, 2017.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE